1052

No. 97–926. LIGHTBOURN ET AL. *v.* GARZA, SECRETARY OF STATE OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 97–931. WEST INDIES TRANSPORT, INC., ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–933. HAMILTON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–935. DRESEN *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–936. HICKS *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97–937. HOWARD *v.* MARYLAND ADMINISTRATIVE BOARD OF ELECTION LAWS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–938. ROGERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–939. CIOCCHETTI *v.* DISTRICT COURT OF COLORADO, JEFFERSON COUNTY, ET AL. Ct. App. Colo. Certiorari denied.

No. 97–5023. MARTINEZ *v.* UNITED STATES; and
No. 97–5738. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 112 F. 3d 1089.

No. 97–5125. SCHAEFER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5363. WASHINGTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5420. GRESHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5531. McDUFF *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–5748. LARSON *v.* OHLANDER. C. A. 10th Cir. Certiorari denied.